THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEELIN A. CURRAN, ZAHRAA V. WILKINSON, MOLLY M. DAILY, STOEL RIVES, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>ADIL LAHRICHI,<br><br>Defendant. | No. C09-1227RAJ<br><br>**NOTICE OF RELATED CASE** |

TO:   THE CLERK OF THE COURT

Please take note that this action, filed in this Court on August 28, 2009, is related to an action filed in this Court earlier on October 13, 2004, denominated *Lahrichi v. Lumera Corp. et al.*, Case No. 2:04-CV-02124, that was pending before Judge John C. Coughenour and decided by Judge Coughenour.

\\
\\
\\

NOTICE OF RELATED CASE – Page 1

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Dated this 1st day of September, 2009.

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP


/s/ William F. Cronin
William F. Cronin, WSBA No. 8667
Joshua J. Preece, WSBA No. 15380

Attorneys for Plaintiffs Keelin A. Curran, Zahraa V. Wilkinson, Molly M. Daily and Stoel Rives, LLP

326 05 jh246501

NOTICE OF RELATED CASE – Page 2

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

The undersigned hereby certifies as follows:

I am employed at Corr Cronin Michelson Baumgardner & Preece LLP, attorneys of record for Defendants Keelin A. Curran, Zahraa V. Wilkinson, Molly M. Daily and Stoel Rives, LLP herein.

On September 1, 2009, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

N/A

and I hereby certify that I have delivered via U.S. Mail the document to the following non CM/ECF participants:

> Adil Lahrichi
> 12875 NE 8th Street, #14
> Bellevue, WA 98005
>
> *Defendant*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED: September 1, 2009 at Seattle, Washington.

_____
Antesha Esteves

NOTICE OF RELATED CASE – Page 3

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900